# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**WILLIAM G. WATERSTRADT** | **INITIAL APPEARANCE<br>ON CRIMINAL COMPLAINT**<br><br>**Case No. 26-MJ-618** |

---

HONORABLE TIFFANY E. WOELFEL, presiding     Hearing Began: <u>11:35 a.m.</u>
Deputy Clerk: Kyle     Hearing Ended: <u>11:45 a.m.</u>
Hearing Held: May 20, 2026     Tape Number: <u>Zoom 052026</u>

**Appearances:**

UNITED STATES OF AMERICA by:     Alexander Duros
WILLIAM G. WATERSTRADT by:     Jonathan LaVoy
      ☐ FDS ☐ CJA ☒ RET

U.S. PROBATION OFFICE by:     Jennifer Rufenacht
INTERPRETER: ☐ None ☐ Sworn

☐ Defendant appears in person.
☒ Defendant consents to appear and proceed by video conference from the Langlade County Jail.

---

☒ Defendant advised of rights
☐ Court orders counsel appointed
☒ Copy of complaint received by Defendant
    ☐ document read; ☒ reading waived

☒ Defendant advised of maximum penalties
SENT: 15 years-30 years; FINE: $250K;
SR: 5 years-Life; SA: $100.00

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

Defendant waives:
☐ Preliminary Hearing
☐ Identity Hearing

☒ Court sets Preliminary Hearing for:

    **June 10, 2026 at 9:30 a.m. before
Magistrate Judge Tiffany E. Woelfel**

---

☒ Court orders federal detainer.